MICHAEL L. TURRILL (SBN 185263)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
Email: michael.turrill@arentfox.com

JAMES L. BIKOFF (*Pro Hac Vice*)
BRUCE A. McDONALD (*Pro Hac Vice*)
HOLLY B. LANCE (*Pro Hac Vice*)
**SMITH, GAMBRELL & RUSSELL LLP**
1055 Thomas Jefferson Street, NW, Suite 400
Washington, D.C. 20007

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE GRANGE, a California corporation, d/b/a "CSG," and ROBERT McFARLAND,<br><br>Defendants. | Case No. 2:16-cv-00201-WBS-AC<br><br>*The Honorable William B. Shubb*<br><br>**ORDER RE STIPULATED MOTION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE COMPLAINT**<br><br>Date:  April 18, 2016<br>Time: 1:30 p.m.<br>Ctrm:  5 |

1    Based on the stipulation of the parties to continue the hearing date on

2  Defendant Robert McFarland's Motion to Dismiss and Special Motion to Strike

3  Complaint, and good cause appearing therefor:

4    IT IS HEREBY ORDERED that Defendant's Motion to Dismiss and Special

5  Motion to Strike Complaint is hereby continued from April 4, 2016 to April 18,

6  2016 at 1:30 p.m.

7

8  **Dated:  March 8, 2016**

9  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CASE NO.: 2:16-CV-00201-WBS-AC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2016, I electronically filed the

foregoing [PROPOSED] ORDER RE STIPULATED MOTION TO CONTINUE

HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND SPECIAL

MOTION TO STRIKE COMPLAINT with the Clerk of the Court, using the

CM/ECF system, which will automatically send email notifications of such filing to

all counsel who have entered an appearance in this action.

/s/ Michael L.Turrill, Esq.
Michael L. Turrill

[PROPOSED] ORDER
CASE NO.: 2:16-CV-00201-WBS-AC