Anthony J. Ellrod (State Bar No. 136574)
*aje@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant CALIFORNIA STATE GRANGE, a California corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE GRANGE, a California corporation, d/b/a "CSG," and ROBERT McFARLAND, a California resident,<br><br>Defendants. | Case No. 2:16-cv-00201-WBS-AC<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANTS CALIFORNIA STATE GRANGE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: 2/1/16<br><br>Trial Date:        None |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Good cause having been shown, the Court hereby Orders that defendant California State Grange, shall have up to and including April 5, 2016, to file a responsive pleading to plaintiff, The National Grange of the order of Patrons of Husbandry's Complaint.

Dated: March 29, 2016

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE