MICHAEL L. TURRILL (SBN 185263)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: michael.turrill@arentfox.com

JAMES L. BIKOFF (*Pro Hac Vice*)
BRUCE A. McDONALD (*Pro Hac Vice*)
HOLLY B. LANCE (*Pro Hac Vice*)
**SMITH, GAMBRELL & RUSSELL LLP**
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C.  20007
Telephone:   202.263.4341
Facsimile:    202.263.4347
Email: jbikoff@sgrlaw.com
Email: bmcdonald@sgrlaw.com
Email: hlance@sgrlaw.com

Attorneys for Plaintiff
THE NATIONAL GRANGE OF THE ORDER OF
PATRONS OF HUSBANDRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE GRANGE, a California corporation, d/b/a "CSG," and ROBERT McFARLAND, a California resident,<br><br>Defendants. | Case No.  2:16-cv-00201-WBS-AC<br><br>*The Honorable William B. Shubb*<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE COMPLAINT**<br><br>Date:   July 11, 2016<br>Time:  1:30 p.m.<br>Ctrm:  5 |

Based on the stipulation of the parties to continue the hearing date on Defendant Robert McFarland's Motion to Dismiss (Docket. No. 20) and Special Motion to Strike Plaintiff's Complaint (Docket. No. 21), and Defendant California State Grange's Motion to Dismiss (Docket No. 32), and good cause appearing therefor:

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

PROPOSED ORDER GRANTING
STIPULATION TO CONTINUE HEARING
2:16-cv-00201-WBS-AC

SGR/13855554.1

IT IS HEREBY ORDERED that Defendant Robert McFarland's Motion to Dismiss and Special Motion to Strike Complaint and Defendant California State Grange's Motion to Dismiss is hereby continued from June 27, 2016 to July 11, 2016 at 1:30 p.m.  The Scheduling conference is continued from August 15, 2016 to August 29, 2016 at 1:30 p.m., with a Joint Status Report due on or before August 15, 2016.

Dated:  May 12, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

PROPOSED ORDER GRANTING
STIPULATION TO CONTINUE HEARING
2:16-cv-00201-WBS-AC
SGR/13855554.1