1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
                            ----oo0oo----
11

12  THE NATIONAL GRANGE OF THE          CIV. NO. 2:16-201 WBS AC
    ORDER OF PATRONS OF
13  HUSBANDRY, a District of
    Columbia nonprofit
14  corporation,                        ORDER

15            Plaintiff,

16       v.

17  CALIFORNIA STATE GRANGE, a
    California corporation d/b/a
18  "CSG," and ROBERT McFARLAND,
    a California resident,
19
              Defendants.
20

21
                            ----oo0oo----
22

23        Good cause appearing, IT IS HEREBY ORDERED that:

24        (1) plaintiff's motion for leave to file a surreply

25  (Docket No. 46) in opposition to defendant California State

26  Grange's motion to dismiss is hereby GRANTED;

27        (2) plaintiff shall file its surreply no later than May

28  27, 2016; and

                               1

1          (3) the July 11, 2016 hearing on plaintiff's motion for

2    leave to file a surreply, is hereby vacated.  All other pending

3    hearings on that date are unaffected.

4          IT IS SO ORDERED.

5    Dated:  May 19, 2016

6    _____

     WILLIAM B. SHUBB

7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28