MICHAEL L. TURRILL (SBN 185263)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: michael.turrill@arentfox.com

JAMES L. BIKOFF (*Pro Hac Vice*)
BRUCE A. McDONALD (*Pro Hac Vice*)
HOLLY B. LANCE (*Pro Hac Vice*)
**SMITH, GAMBRELL & RUSSELL LLP**
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C.  20007
Telephone:   202.263.4341
Facsimile:    202.263.4347
Email: jbikoff@sgrlaw.com
Email: bmcdonald@sgrlaw.com
Email: hlance@sgrlaw.com

Attorneys for Plaintiff
THE NATIONAL GRANGE OF THE ORDER OF
PATRONS OF HUSBANDRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE GRANGE, a California corporation, d/b/a "CSG,• and ROBERT McFARLAND, a California resident,<br><br>Defendants. | Case No.  2:16-cv-00201-WBS-AC<br><br>*The Honorable William B. Shubb, Courtroom 5*<br><br>**PLAINTIFF'S NOTICE OF MOTION TO AMEND COMPLAINT**<br><br>Date:   August 22, 2016<br>Time:  1:30 p.m.<br>Ctrm:   5 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION
TO AMEND COMPLAINT
2:16-cv-00201-WBS-AC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 22, 2016, at 1:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 5, located in in the United States Courthouse at 501 I Street, Sacramento, California 95814, before the Honorable William B. Shubb, pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff will move the Court for an order allowing the amendment of Plaintiff's Complaint in the manner set forth in Plaintiff's Proposed Amended Complaint filed herewith.  The Amended Complaint (1) adds claims for federal trademark and service mark infringement and infringement of Plaintiffs' unregistered trade names, logo and trade dress, in addition to trespass and conversion claims under California common law; (2) amends the Prayer for Relief to conform with the additional claims; and (3) names Plaintiff's chartered California chapter as a co-plaintiff.  Plaintiff seeks these amendments based on Defendants' actions since entry of the permanent injunction dated September 30, 2015, in *National Grange of the Order of Patrons of Husbandry et al. v. California State Grange,* Case No.: 2-14-cv-00676-WBS-DAD (E.D.Cal.) ("*National Grange I*"), and since the original Complaint in the present action was filed.  As grounds for this Motion, Plaintiff submits as follows and respectfully refers the Court to the memorandum of points and authorities filed herewith:

(1) The additional claims pleaded in the Amended Complaint are warranted by Defendants' actions since entry of the permanent injunction in *National Grange I,* and by their actions since the original Complaint was filed;

(2) The amended prayer for relief is warranted by the holdings of the California Superior Court since the permanent injunction in *National Grange I*; and

(3) Addition of the chartered California State Grange as a party plaintiff is warranted in the interest of fully asserting the rights violated by Defendants since the permanent injunction in *National Grange I* and since the original Complaint was filed in this action.

This Motion is based on the Memorandum of Points and Authorities, the proposed Amended Complaint and Proposed Order filed herewith; the Declarations of Ed Komski, Betsy Huber, Jerry Allen and Jan Saxton filed in support of Plaintiffs' Motion for Preliminary

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

NOTICE OF MOTION
TO AMEND COMPLAINT
2:16-cv-00201-WBS-AC

1  Injunction filed herewith; the Declaration of Jerry Allen appended as Exhibit A to Plaintiff's

2  memorandum of points and authorities in support of its Motion for Preliminary Injunction; as

3  well as the pleadings and records on file in this matter and in *National Grange I*; in addition to

4  such arguments as may be presented by counsel at a hearing on this Motion; and such other

5  evidence as may be requested or considered by the Court.

6                           Respectfully submitted,

7  Dated:  June 24, 2016         **ARENT FOX LLP**

8

9                           By:  /s/ Michael L. Turrill

10                               MICHAEL L. TURRILL

11                               JAMES L. BIKOFF (*Pro Hac Vice*)
                              BRUCE A. McDONALD (*Pro Hac Vice*)
12                               HOLLY B. LANCE (*Pro Hac Vice*)

13                               Attorneys for Plaintiff
                              THE NATIONAL GRANGE OF THE ORDER OF
14                               PATRONS OF HUSBANDRY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

NOTICE OF MOTION
TO AMEND COMPLAINT
2:16-cv-00201-WBS-AC

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of June, 2016, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF MOTION TO AMEND COMPLAINT** with the Clerk of the Court, using the CM/ECF system, which will automatically send email notifications of such filing to all counsel who have entered an appearance in this action.

       /s/ Michael L. Turrill
      Michael L. Turrill

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION
TO AMEND COMPLAINT
2:16-cv-00201-WBS-AC