UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA STATE GRANGE, a California corporation, d/b/a "CSG," and ROBERT McFARLAND, a California resident,<br><br>          Defendants. | Civ. No. 2:16-201 WBS AC<br><br>ORDER |

----oo0oo----

Pursuant to the court's Order of July 7, 2016, (Docket No. 58), this matter came on for status conference on July 11, 2016, (Docket No. 61).  James Bikoff and Bruce McDonald appeared as counsel for plaintiff, and Jenifer Wallis and Mark Ellis appeared as counsel for defendants.  Pursuant to the discussion at the status conference, IT IS HEREBY ORDERED that:

          (1) plaintiff's motion for a preliminary injunction,

1

(Docket No. 54), is hereby RESET for hearing on September 19, 2016 at 1:30 p.m. in Courtroom 5;

    (2) defendants' opposition to plaintiff's motion for a preliminary injunction, (Docket No. 54), shall be filed by no later than September 6, 2016;

    (3) plaintiff's reply in support of its motion for a preliminary injunction, (Docket No. 54), shall be filed by no later than September 13, 2016;

    (4) plaintiff's motion to amend its Complaint, (Docket No. 55), shall remain set for hearing on August 22, 2016;

    (5) the hearings on defendants' motions to dismiss and to strike plaintiff's Complaint, (Docket Nos. 20, 21, 32), are hereby HELD IN ABEYANCE pending the court's ruling on plaintiff's motion to amend its Complaint, (Docket No. 55);

    (6) the Status (Pretrial Scheduling) Conference is continued from August 29, 2016 to November 7, 2016 at 1:30 p.m. in Courtroom 5; and

    (7) the parties shall file a Joint Status Report pursuant to Local Rule 240 no later than October 24, 2016.

    IT IS SO ORDERED.

Dated: July 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE