MARTIN N. JENSEN (SBN 232231)
THOMAS L. RIORDAN (SBN 104827)
**PORTER SCOTT**
350 University Ave., Suite 200
Sacramento, CA 95825
Telephone: 916.929.1481
Facsimile: 916.927.3706
Email: mjensen@porterscott.com
Email: triordan@porterscott.com

JAMES L. BIKOFF (*Pro Hac Vice*)
BRUCE A. McDONALD (*Pro Hac Vice*)
HOLLY B. LANCE (*Pro Hac Vice*)
**SMITH, GAMBRELL & RUSSELL LLP**
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Telephone: 202.263.4341
Facsimile: 202.263.4329
Email: jbikoff@sgrlaw.com
Email: bmcdonald@sgrlaw.com
Email: hlance@sgrlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY and THE CALIFORNIA STATE GRANGE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT McFARLAND,<br><br>Defendants. | Case No. 2:16-cv-00201-WBS-DB<br><br>**ORDER GRANTING STIPULATION TO MOVE HEARING DATE ON PLAINTIFFS' MOTION TO DISQUALIFY ELLIS LAW GROUP AS COUNSEL FOR DEFENDANT ROBERT MCFARLAND TO MAY 8, 2017**<br><br>Date: May 8, 2017<br>Time: 1:30 p.m.<br>Ctrm: 5 |

Based on the stipulation of the parties to move the hearing date on Plaintiffs' Motion to Disqualify Ellis Law Group as Counsel for Defendant Robert McFarland (Dkt. No. 114), and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiffs' Motion to Disqualify Ellis Law Group as Counsel for Defendant Robert McFarland shall be moved to May 8, 2017 at 1:30 p.m.

Dated: April 12, 2017

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE