MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY and THE CALIFORNIA STATE GRANGE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT McFARLAND,<br><br>Defendants. | Case No. 2:16-cv-00201-WBS-DB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO APPEAR BY TELEPHONE AT PLAINTIFFS' MOTION TO DISQUALIFY ELLIS LAW GROUP LLP AS COUNSEL FOR DEFENDANT ROBERT McFARLAND**<br><br>Date: May 8, 2017<br>Time: 1:30 p.m.<br>Crtrm.: 5 |

Upon review of Defendants' Motion to Appear by Telephone at Plaintiffs' Motion to Disqualify Ellis Law Group LLP as Counsel for Defendant Robert McFarland, for good cause shown:

IT IS HEREBY ORDERED that defendants' counsel, Jenifer C. Wallis may appear by telephone at Plaintiff's Motion to Disqualify Ellis Law Group LLP as Counsel for Defendant Robert McFarland set for May 8, 2017 at 1:30 p.m. before

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO APPEAR BY TELEPHONE AT PLAINTIFFS' MOTION TO DISQUALIFY ELLIS LAW GROUP LLP AS COUNSEL FOR DEFENDANT ROBERT McFARLAND**

Honorable William B. Shubb in Courtroom 5.

IT IS FURTHER ORDERED that Defendants' counsel Jenifer C. Wallis shall be reachable at (213) 553-2494 on the day of the telephonic appearance. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: May 1, 2017

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE