Mark E. Ellis - 127159
David E. Castro - 298614
Alesya Nalbandyan - 309307
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
dcastro@ellislawgrp.com
analbandyan@ellislawgrp.com

Attorneys for
DEFENDANT ROBERT MCFARLAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDARY, a District of Columbia nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE GRANGE, a California corporation, d/b/a 'CSG', and ROBERT MCFARLAND, a California resident,<br><br>Defendants. | Case No.: 2:16-cv-00201-WBS-DB<br><br>**ORDER ON DEFENDANT ROBERT MCFARLAND'S EX PARTE APPLICATION FOR LEAVE TO FILE A SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT ITS MOTION TO DISQUALIFY** |

Having considered Defendant Robert McFarland's *ex parte* application to file a Surreply to Plaintiff National Grange's Reply in support of its Motion to Disqualify, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendant Robert McFarland may file a Surreply of no more than 10 pages in length to address the new documents submitted with the Plaintiff's Reply in support of its Motion to Disqualify, to be filed by no later than 3:00 p.m. PST on May 4, 2017.

Dated: May 4, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

**[PROPOSED] ORDER ON DEFENDANT ROBERT MCFARLAND'S EX PARTE APPLICATION FOR LEAVE TO FILE A SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT ITS MOTION TO DISQUALIFY**