UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| NATIONAL GRANGE and CALIFORNIA STATE GRANGE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT MCFARLAND,<br><br>Defendants. | Civ. No. 2:16-0201 WBS DB<br><br>ORDER |

----oo0oo----

Defendants' Ex Parte Application to Strike Plaintiffs' Evidence in Support of Motion for Partial Summary Judgment (Docket No. 157) is set for telephonic oral argument at 10:00 a.m. tomorrow morning. Before the close of business today, defendants are hereby ORDERED to file electronically, as exhibits in support of their Ex Parte Application, all discovery requests served upon plaintiffs and any responses to those requests, including requests for production, requests for admission, and

interrogatories.

IT IS SO ORDERED.

Dated: September 20, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE