UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| NATIONAL GRANGE and CALIFORNIA STATE GRANGE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT MCFARLAND,<br><br>　　　　Defendants. | Civ. No. 2:16-0201 WBS DB<br><br>ORDER |

----oo0oo----

Pursuant to the discussion during the telephonic status conference held today, the court hereby orders as follows:

    1.    Plaintiffs' Cross Motion for Partial Summary Judgment (Docket No. 142) is withdrawn.

    2.    Plaintiffs shall respond to defendants' previously served discovery requests by October 23, 2017. Plaintiffs' responses shall be served both via mail and email.

    3.    Defendants shall have until November 27, 2017 to

1

take the deposition of Edward Komski.

    4.    All other discovery is reopened but must be completed by January 2, 2018. Notwithstanding the Local Rules, all further discovery motions in this case shall be noticed for hearing on five days' notice before the undersigned judge. The provisions of Local Rule 251 shall not apply. All such motions shall be no more than five pages in length. All oppositions to such motions shall be oral. Counsel desiring to make such a motion shall obtain the time and date of the hearing by calling Courtroom Deputy Karen Kirksey Smith at (916) 930-4234.

    5.    The deadline for the filing of all motions is extended to February 2, 2018. Any motion shall be properly noticed for hearing in accordance with the Local Rules and this court's requirements.

    6.    The Final Pretrial Conference is continued to April 23, 2018 at 1:30 p.m.

    7.    Trial is continued to June 19, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 21, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE