MARTIN N. JENSEN (SBN 232231)
THOMAS L. RIORDAN (SBN 104827)
**PORTER SCOTT**
350 University Ave., Suite 200
Sacramento, CA 95825
Telephone: 916.929.1481
Facsimile: 916.927.3706
Email: mjensen@porterscott.com
Email: triordan@porterscott.com

JAMES L. BIKOFF (*Pro Hac Vice*)
BRUCE A. McDONALD (*Pro Hac Vice*)
HOLLY B. LANCE (*Pro Hac Vice*)
**SMITH, GAMBRELL & RUSSELL LLP**
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Telephone: 202.263.4341
Facsimile: 202.263.4329
Email: jbikoff@sgrlaw.com
Email: bmcdonald@sgrlaw.com
Email: hlance@sgrlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY and THE CALIFORNIA STATE GRANGE,<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT McFARLAND,<br><br>Defendants. | Case No. 2:16-cv-00201-WBS-DB<br><br>*The Honorable William B. Shubb, Courtroom 5*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO COMPEL**<br><br>Date: December 15, 2017<br>Time: 10:00 a.m.<br>Ctrm.: 5 |

Upon review of Plaintiffs' Request to Appear by Telephone at the hearing on Plaintiffs' Motion to Compel, and for good cause shown:

**IT IS HEREBY ORDERED** that Plaintiffs' counsel may appear by telephone at the hearing set for December 15, 2016 at 10:00 a.m.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel shall be reachable at (202) 263-4341 on the day of the telephonic appearance. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**SO ORDERED.**

Dated: December 13, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE