MARTIN N. JENSEN (SBN 232231)
THOMAS L. RIORDAN (SBN 104827)
**PORTER SCOTT**
350 University Ave., Suite 200
Sacramento, CA 95825
Telephone: 916.929.1481
Facsimile: 916.927.3706
Email: mjensen@porterscott.com
Email: triordan@porterscott.com

JAMES L. BIKOFF (*Pro Hac Vice*)
BRUCE A. McDONALD (*Pro Hac Vice*)
HOLLY B. LANCE (*Pro Hac Vice*)
**SMITH, GAMBRELL & RUSSELL LLP**
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Telephone: 202.263.4341
Facsimile: 202.263.4329
Email: jbikoff@sgrlaw.com
Email: bmcdonald@sgrlaw.com
Email: hlance@sgrlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY and THE CALIFORNIA STATE GRANGE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT McFARLAND,<br><br>Defendants. | Case No. 2:16-cv-00201-WBS-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY AND TRIAL DEADLINES** |

Based on the stipulation of the parties to extend the discovery and trial deadlines, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Scheduling Order be modified as follows to reflect the following new deadlines:

    a.    Discovery shall be completed by April 2, 2018.

     b.     All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before May 2, 2018.

     c.     The Final Pretrial Conference shall be set for August 13, 2018 at 1:30 p.m.

     d.     Trial shall begin on October 23, 2018 at 9:00 a.m.

Dated: February 13, 2018

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE