UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY and THE CALIFORNIA STATE GRANGE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT MCFARLAND,<br><br>Defendants. | CIV. NO. 2:16-201 WBS DB<br><br><u>ORDER RE: MOTION FOR CONTEMPT AND SANCTIONS</u> |

      Defendants' Motion for Sanctions and Motion to Strike (Docket No. 180) will be heard in accordance with the procedures set forth in this court's Order of September 21, 2017 (Docket No. 166). The hearing is set for March 12, 2018, at 1:30 p.m. in Courtroom No. 5.

      IT IS SO ORDERED.

Dated: March 7, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1