Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY and THE CALIFORNIA STATE GRANGE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT McFARLAND,<br><br>Defendants. | Case No. 2:16-cv-00201-WBS-DB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO APPEAR BY TELEPHONE AT DEFENDANTS' MOTION FOR CONTEMPT AND SANCTIONS**<br><br>Date: March 12, 2018<br>Time: 1:30 p.m.<br>Crtrm.: 5 |

Upon review of Defendants' Motion to Appear by Telephone at Defendants' Motion for Contempt and Sanctions, for good cause shown:

IT IS HEREBY ORDERED that defendants' counsel, Jenifer C. Wallis may appear by telephone at Defendants' Motion for Contempt and Sanctions set for March 12, 2018 at 1:30 p.m. before Honorable William B. Shubb in Courtroom 5.

IT IS FURTHER ORDERED that Defendants' counsel Jenifer C. Wallis shall

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO APPEAR BY TELEPHONE**

be reachable at (213) 553-2494 on the day of the telephonic appearance.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  March 8, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE