| | |
|---|---|
| 1 | MARTIN N. JENSEN (SBN 232231) |
| | THOMAS L. RIORDAN (SBN 104827) |
| 2 | **PORTER SCOTT** |
| | 350 University Ave., Suite 200 |
| 3 | Sacramento, CA 95825 |
| | Telephone: 916.929.1481 |
| 4 | Facsimile: 916.927.3706 |
| | Email: mjensen@porterscott.com |
| 5 | Email: triordan@porterscott.com |
| | |
| 6 | JAMES L. BIKOFF (*Pro Hac Vice*) |
| | BRUCE A. McDONALD (*Pro Hac Vice*) |
| 7 | HOLLY B. LANCE (*Pro Hac Vice*) |
| | **SMITH, GAMBRELL & RUSSELL LLP** |
| 8 | 1055 Thomas Jefferson Street, N.W., Suite 400 |
| | Washington, D.C. 20007 |
| 9 | Telephone: 202.263.4341 |
| | Facsimile: 202.263.4329 |
| 10 | Email: jbikoff@sgrlaw.com |
| | Email: bmcdonald@sgrlaw.com |
| 11 | Email: hlance@sgrlaw.com |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY and THE CALIFORNIA STATE GRANGE, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT McFARLAND, <br><br> Defendants. | Case No. 2:16-cv-00201-WBS-DB <br><br> *The Honorable William B. Shubb, Courtroom 5* <br><br> **ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE AT HEARING ON PLAINTIFFS' MOTION TO COMPEL** <br><br> Date: March 19, 2018 <br> Time: 1:30 p.m. <br> Ctrm.: 5 |

Upon review of Plaintiffs' Request to Appear by Telephone at the hearing on Plaintiffs' Motion to Compel, and for good cause shown:

**IT IS HEREBY ORDERED** that Plaintiffs' counsel may appear by telephone at the hearing set for March 19, 2018 at 1:30 p.m.

1  **IT IS FURTHER ORDERED** that Plaintiffs' counsel shall be reachable at (202) 263-
2  4341 on the day of the telephonic appearance. The courtroom deputy shall email counsel with
3  instructions on how to participate in the telephone conference call.
4  **SO ORDERED.**

Dated: March 13, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE