1 | MARTIN N. JENSEN (SBN 232231)
  | THOMAS L. RIORDAN (SBN 104827)
2 | **PORTER SCOTT**
  | 350 University Ave., Suite 200
3 | Sacramento, CA 95825
  | Telephone: 916.929.1481
4 | Facsimile: 916.927.3706
  | Email: mjensen@porterscott.com
5 | Email: triordan@porterscott.com

6 | JAMES L. BIKOFF (*Pro Hac Vice*)
  | BRUCE A. McDONALD (*Pro Hac Vice*)
7 | HOLLY B. LANCE (*Pro Hac Vice*)
  | **SMITH, GAMBRELL & RUSSELL LLP**
8 | 1055 Thomas Jefferson Street, N.W., Suite 400
  | Washington, D.C. 20007
9 | Telephone: 202.263.4341
  | Facsimile: 202.263.4329
10 | Email: jbikoff@sgrlaw.com
   | Email: bmcdonald@sgrlaw.com
11 | Email: hlance@sgrlaw.com

12 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY and THE CALIFORNIA STATE GRANGE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT McFARLAND,<br><br>Defendants. | Case No. 2:16-cv-00201-WBS-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY AND MOTION DEADLINES** |

Based on the stipulation of the parties to extend the discovery and motion deadlines, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Scheduling Order be modified as follows to reflect the following new deadlines:

a. Discovery shall be completed by May 2, 2018.

b. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before June 4, 2018.

c. The Final Pretrial Conference and trial start dates shall remain the same (August 13, 2018 at 1:30 p.m. and October 23, 2018 at 9:00 a.m., respectively).

Dated: March 14, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE