UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY and THE CALIFORNIA STATE GRANGE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT MCFARLAND,<br><br>Defendants. | CIV. NO. 2:16-201 WBS DB<br><br>ORDER RE: MOTION TO COMPEL |

Presently before the court is plaintiffs' Motion to Compel defendants to provide relevant, responsive documents in response to plaintiffs' Third Request for Production of Documents, which was served on defendants on January 8, 2018. (Docket No. 187.)

At the hearing on March 19, 2018, plaintiffs notified the court of twelve specific requests for which defendants have not provided responsive documents or have provided incomplete

1

responses, despite being granted several opportunities to do so.[1]
Responses were initially due on February 7, 2018, but plaintiffs
agreed to multiple extensions.  Nonetheless, as of March 12,
2018, the date this Motion to Compel was filed, defendants have
provided no documents in response to seven of the requests at
issue, and for the other five requests defendants provided
redacted documents without any explanation as to why such
redaction was necessary, or provided incomplete or unresponsive
documents.

Defendants' objections to all of the requests at issue
on the grounds that they are overbroad, present an undue burden,
and are irrelevant and duplicative are overruled.  Defendants
also objected on the grounds that the requests called for
privileged information.  However, plaintiffs explicitly asked
only for unprivileged documents.  Defendants have not provided a
reasonable explanation to justify their delay in producing
responsive documents.

IT IS THERFORE ORDERED that within five court days from
the date this Order is signed defendants shall:

1. Produce all documents requested in Requests 43, 44,
   45, 46, 49, 50, and 51 of Plaintiffs' Third Set of
   Requests for Production of Documents;
2. Provide to the court unredacted copies of all
   documents previously produced in response to
   Requests 52, 55, 56, 57, and 59 of Plaintiffs' Third
   Set of Requests for Production of Documents, so that

---

[1] Requests for Production 43-46, 49-52, 55, 56, 57, and 59 have been identified by plaintiffs.

2

        the court may conduct an in camera review and determine whether redaction is necessary; and

3. Pay to counsel for plaintiffs sanctions in the amount of $700, or show good cause why they should be excused from paying such sanctions, pursuant to the provisions of Fed. R. Civ. P. 37(a)(5)(A).

Dated: March 21, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3