UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY and THE CALIFORNIA STATE GRANGE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT MCFARLAND,<br><br>Defendants. | CIV. NO. 2:16-201 WBS DB<br><br>ORDER RE: MOTION TO COMPEL |

On March 21, 2018, the court granted plaintiffs' Motion to Compel and ordered that defendants pay plaintiffs $700 in sanctions, or provide good cause explaining why they should be excused from such sanctions. (Docket No. 197.) In response, defendants submitted the declaration of Jennifer Wallis in an attempt to show good cause why sanctions should be excused. Despite defendants' argument, the court concludes that plaintiffs did attempt in good faith to obtain the disclosures without court action. (See Pls.' Mot. to Compel (Docket No. 187) Exs. A-J.)

1

Further, the court finds no substantial justification for defendants' failure to provide the requested information to plaintiffs. Defendants' argument that plaintiffs allegedly failed to produce their own records does not excuse defendants' failure to produce their records. Two wrongs do not make a right. If defendants believed plaintiffs had failed to comply with discovery requests, they were free to file their own motion to compel.

Within five days from the date this Order is signed, defendants shall file with this court proof that they have paid to plaintiffs the sanctions ordered by this court's Order of March 21, 2018.

IT IS SO ORDERED.

Dated: April 2, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE