UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY and THE CALIFORNIA STATE GRANGE,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT MCFARLAND,<br><br>    Defendants. | CIV. NO. 2:16-201 WBS DB<br><br>ORDER RE: MOTION TO COMPEL |

On April 20, 2018, in response to defendants' Motion to Compel (Docket No. 200), this court ordered plaintiffs to provide the court with un-redacted copies of all documents previously produced in response to Interrogatories 29, 30, and 32, and Request for Production 18. (Docket No. 203). Plaintiffs submitted all such un-redacted documents, and after reviewing them, the court concludes that all redactions are appropriate. Plaintiffs only redacted information that either was not requested or is protected by the attorney client privilege. Accordingly, defendants' Motion to Compel responses to Interrogatories 29, 30, and 32, and Request for Production 18 is

1

DENIED.

IT IS SO ORDERED.

Dated: May 1, 2018

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE