1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    THE NATIONAL GRANGE OF THE          CIV. NO. 2:16-201 WBS DB
     ORDER OF PATRONS OF HUSBANDRY
10   and THE CALIFORNIA STATE           ORDER RE: MOTION TO REMOVE
     GRANGE,                            CONFIDENTIALITY DESIGNATIONS
11
                  Plaintiffs,
12
           v.
13
     CALIFORNIA GUILD, formerly
14   doing business as "California
     State Grange," and ROBERT
15   MCFARLAND,

16                Defendants.

17

18          Presently before the court is plaintiffs' Motion to

19   Remove Confidentiality Designations.  (Docket No. 205.)

20   Defendants have designated the deposition transcripts of

21   defendant McFarland and Rick Keel, an employee of defendant

22   California Guild, as "CONFIDENTIAL" in their entirety.

23   Plaintiffs claim that these documents have been improperly

24   designated confidential.  Without knowing the purpose for which

25   plaintiffs wish to use these deposition transcripts, or any

26   reason why plaintiffs are being prejudiced by the designation,

27   the court has no reason to consider the motion.

28          IT IS THEREFORE ORDERED that plaintiffs' Motion to

                              1

1  Remove Confidentiality Designations (Docket No. 205) be, and the

2  same hereby is, DENIED WITHOUT PREJUDICE.

3  Dated:  May 25, 2018

4  _____

   WILLIAM B. SHUBB

5  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28