UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY and THE CALIFORNIA STATE GRANGE, its chartered California chapter,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT McFARLAND<br><br>Defendants. | No. 2:16-cv-201 WBS DB<br><br>ORDER RE: MOTION TO SEAL |

----oo0oo----

Presently before the court is plaintiffs' Request to Seal Exhibits 12 and 14 to their Memorandum in Support of Motion for Summary Judgment and Exhibits 9 and 10 to the Declaration of Ed Komski in Support of their Motion for Summary Judgment. (Docket No. 209.) Based on the present record the court sees no reason to seal these documents.

IT IS THEREFORE ORDERED that plaintiffs' Request to

Seal (Docket No. 209) be, and the same hereby is, DENIED without prejudice to plaintiffs' right to submit a more tailored request which specifically states the basis for sealing or redacting these documents.

Dated: August 24, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE