UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| NATIONAL GRANGE and CALIFORNIA STATE GRANGE,<br><br>        Plaintiffs,<br><br>    v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT MCFARLAND,<br><br>        Defendants. | No. 2:16-cv-0201 WBS DB<br><br>ORDER |

----oo0oo----

The court notes that (although no final judgment has yet been entered) defendants have on September 4, 2018 filed a Notice of Appeal. (Docket No. 231). "The filing of a notice of appeal is an event of jurisdictional significance--it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58, (1982). Further, the power to stay proceedings "is

1

incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. N. Am. Co., 299 U.S. 248, 254 (1936).

Given the posture of the case, all proceedings in this case are hereby STAYED pending resolution of defendants' appeal. The Pretrial Conference scheduled for September 10, 2018, the October 23, 2018 trial date, the October 1, 2018 hearing on defendants' Motion for Clarification (Docket No. 229), and the October 15, 2018 hearing on defendants' Motion to Stay (Docket No. 232) are hereby VACATED.

Upon disposition of the pending appeal, counsel shall take the necessary steps to have this case placed back on calendar for further proceedings.

IT IS SO ORDERED.

Dated: September 5, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE