UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| NATIONAL GRANGE and CALIFORNIA STATE GRANGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT MCFARLAND,<br><br>　　　　Defendant. | No. 2:16-cv-0201 WBS DB<br><br><br>ORDER RE: REQUEST FOR ENTRY OF JUDGMENT |

----oo0oo----

Defendants' request for entry of judgment pursuant to Federal Rules of Civil Procedure 54 and 58 (Docket No. 238) ignores this court's order staying all proceedings in this action pending appeal. (See Docket No. 236).

IT IS THEREFORE ORDERED that the motion (Docket No. 238) be, and the same hereby is, DENIED WITHOUT PREJUDICE.

Dated: September 13, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE