UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| NATIONAL GRANGE and CALIFORNIA STATE GRANGE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT MCFARLAND,<br><br>Defendant. | No. 2:16-cv-0201 WBS DB<br><br>ORDER RE: REQUEST FOR ENTRY OF JUDGMENT |

----oo0oo----

On August 13, 2018, this court entered an order (Docket No. 226) on plaintiffs' and defendants' cross motions for summary judgment. The court granted summary judgment in favor of plaintiff National Grange on the issue of liability on its claims for false designation of origin, federal false advertise, California false advertisement, trademark infringement, and copyright infringement. The court also granted summary judgment in favor of defendants on National Grange's claims of trespass

1

and conversion.

Damages on those remaining claims have yet to be determined. Defendants nevertheless request the entry of judgment on those claims pursuant to Federal Rules of Civil Procedure 54(b) ("Rule 54(b)") and 58(b)(2)(B). (Docket Nos. 229 & 238). Rule 54(b) allows a district court to enter judgment on one or more claims while other claims remain unadjudicated. Pakootas v. Teck Cominco Metals, Ltd., No. 16-35742, 2018 WL 4372973, at *4, --- F.3d ---- (9th Cir. Sept. 14, 2018). "To do so, the district court first must render 'an ultimate disposition of an individual claim.'" Id. (quoting Curtiss-Wright Corp. v. Gen. Elec. Co., 446 U.S. 1, 7 (1980)). This court has not done so here for the obvious reason that the prior order was confined to issues of liability. An order that determines liability but no damages does not qualify for entry of judgment under Rule 54(b), because it does not fully resolve a claim. Liberty Mut. Ins. Co. v. Wetzel, 424 U.S. 737, 744-45 (1976).

Even though that prior order also granted injunctive and declaratory relief, the appealability of that interlocutory order under 28 U.S.C § 1292 does not affect whether this court can enter judgment under Rule 54(b). See id. at 744.

IT IS THEREFORE ORDERED that defendants' Request for Entry of Judgment (Docket Nos. 229 & 238) be, and the same hereby is, DENIED.

Dated: October 22, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE