MARTIN N. JENSEN (SBN 232231)
THOMAS L. RIORDAN (SBN 104827)
**PORTER SCOTT**
350 University Ave., Suite 200
Sacramento, CA 95825
Telephone: 916.929.1481
Facsimile: 916.927.3706
Email: mjensen@porterscott.com
Email: triordan@porterscott.com

JAMES L. BIKOFF (*Pro Hac Vice*)
BRUCE A. McDONALD (*Pro Hac Vice*)
HOLLY B. LANCE (*Pro Hac Vice*)
**SMITH, GAMBRELL & RUSSELL LLP**
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Telephone:   202.263.4341
Facsimile:    202.263.4329
Email: jbikoff@sgrlaw.com
Email: bmcdonald@sgrlaw.com
Email: hlance@sgrlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange," and ROBERT McFARLAND,<br><br>Defendants. | Case No. 2:16-cv-00201-WBS-DB<br><br>**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff the National Grange of the Order of Patrons of Husbandry (the "National Grange") and Defendants California Guild and Robert McFarland (together, "Defendants"), by and through their undersigned counsel, having entered into a settlement agreement, hereby

consent to the Court's entry of a final judgment providing for a final, permanent injunction against Defendants and declaratory relief in favor of the National Grange, as follows:

IT IS HEREBY ORDERED that:

(1) Final judgment is entered in favor of the National Grange and against Defendants, individually and collectively, on the National Grange's claims for false designation of origin, federal false advertisement, California false advertisement, trademark infringement, and copyright infringement.

(2) The National Grange, and its chartered California chapter, the California State Grange, are the exclusive authorized representatives of the California State Grange.

(3) Defendants, collectively and individually, and their officers, shareholders, partners, principals, agents, assignees, beneficiaries, successors, licensees, distributors, attorneys, proxies, alter egos, aliases, and all other persons acting in concert with Defendants collectively or individually, are permanently enjoined from:

a. using "CSG," "Granger," and other trademarks, service marks, trade names, acronyms, abbreviations, logos, trade dress, Internet domain names, or advertising keywords that are confusingly similar to the National Grange or California State Grange's registered and unregistered trademarks and trade dress;

b. representing or asserting that they are affiliated or connected with, the successors to, or the authorized representatives of, the California State Grange, or the local California Granges in any advertising, promotion, and commercial or official communications;

c. referencing the history and goodwill of the California State Grange or their past association with the California State Grange in any advertising, promotion and commercial or official communications;

d. appropriating, disposing, or dissipating assets and accounts held in the name of, or belonging to, the California State Grange, or the local California Granges;

e. making any false representations to the California Granges about the National Grange or California State Grange's services or encouraging members to "disaffiliate" from the National Grange or California State Grange;

f. interfering in the contractual relations between the California Granges and the California State Grange or the National Grange;

   g. exercising functions within the exclusive authority of the California State Grange including but not necessarily limited to the collection of Grange dues; disposition of assets owned by the California State Grange, writing and cashing checks on the account of the California State Grange; reorganization of local California Granges; and induction of new Grange members and installation of Grange officers;

   h. distributing records, copies, recordings, histories or descriptions of past or present events sponsored, authorized, endorsed, or approved by the National Grange or California State Grange in a manner that is likely to cause confusion, mistake or deception about the sponsorship, authorization, endorsement or approval of such events; and

   i. reproducing, distributing, or preparing derivative works based on the copyrighted works of the National Grange or California State Grange.

   (4) Defendants, collectively and individually, and their officers, shareholders, partners, principals, agents, assignees, beneficiaries, successors, licensees, distributors, attorneys, proxies, alter egos, aliases, and all other persons acting in concert with defendants, are ordered to:

   a. return to the National Grange any proprietary Grange regalia in their possession;

   b. remove all of their personal property and equipment located at 3830 U St., Sacramento, CA 95817, without injury to the premises or any of the National Grange and California State Grange's property located thereon;

   c. disconnect all telephone numbers used by Defendants that were ever registered to the California State Grange; and refrain from further use of such telephone numbers in any business, commercial, or official communications.

   (5) The California Secretary of State is directed to recognize the National Grange and the California State Grange as the exclusive representatives of the California State Grange for all purposes relevant to the registration, ownership, and responsibility of such corporate entities.

   (6) Defendants' acts constitute:

a. false designation of origin in violation of Section 43(a)(1)(A) of the Federal Trademark Act of 1946, 15 U.S.C. § 1125(a)(1)(A);

b. false advertising in violation of Lanham Act Section 43(a)(1)(B), 15 U.S.C. § 1125(a)(1)(B);

c. false advertising in violation of Section 17500 of the California Business & Professions Code;

d. federal copyright infringement; and

e. federal trademark and service mark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

IT IS FURTHER ORDERED THAT:

(1) Plaintiff's remaining claims for a calculation and award of damages are voluntarily dismissed with prejudice, with no fees or costs as to any party, except as specifically provided in the parties' settlement agreement.

(2) This Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of the Final Judgment.

Finding that there is no just reason for delay, the Court orders that this Final Judgment shall constitute a final judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to enter this Final Order and Judgment on the docket forthwith.

IT IS SO ORDERED.

Dated: November 1, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted and consented to by:

| NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY | CALIFORNIA GUILD and ROBERT McFARLAND |
|---|---|
| By: /s/ James L. Bikoff | By: /s/ Anthony Ellrod |
| James L. Bikoff, *Pro Hac Vice* <br> Bruce A. McDonald, *Pro Hac Vice* | Anthony Ellrod (SBN 136574) <br> Jenifer C. Wallis (SBN 303343) |

| | | |
|---|---|---|
| 1 | Holly B. Lance, *Pro Hac Vice*<br>**SMITH, GAMBRELL & RUSSELL LLP** | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP** |

Holly B. Lance, *Pro Hac Vice*
**SMITH, GAMBRELL & RUSSELL LLP**
1055 Thomas Jefferson St., N.W., Ste. 400
Washington, DC 20007
Telephone: (202) 263-4341
Facsimile: (202) 263-4329
Email: jbikoff@sgrlaw.com
      bmcdonald@sgrlaw.com
      hlance@sgrlaw.com

Martin N. Jensen (SBN 232231)
Thomas L. Riordan (SBN 104827)
PORTER SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile:  (916) 927-3706
Email:    mjensen@porterscott.com
           triordan@porterscott.com

*Attorneys for Plaintiff*

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa St., 15th Floor
Los Angeles, CA 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: aje@manningllp.com
      jcw@manningllp.com

Mark E. Ellis (SBN 127159)
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Telephone: (916) 283-8820
Facsimile: (916) 283-8821
Email: mellis@ellislawgrp.com

*Attorneys for Defendants*